UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:14-cr-377-T-30TBM

JAMES EMMETT BIRNEY, III

## ORDER VACATING PRELIMINARY ORDER
## OF FORFEITURE FOR SUBSTITUTE ASSET

THIS CAUSE comes before the Court upon the filing of the (Doc. 38) United States' Motion to Vacate the Preliminary Order of Forfeiture for Substitute Asset,  Doc. 33, entered by the Court on May 14, 2015, as it relates to the real property located at 516 Cypress Bend, Oldsmar, Florida, 34677.

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 38) of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture (Doc. 33) be vacated as to the real property identified above.

DONE and ORDERED in Chambers in Tampa, Florida, this 21st day of March, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record